Nos. 1656 and 1657. PEOPLE, APPELLEE, v. ROSARIO, APPELLANT. — Adulteration of milk. Ponce. December 16, 1920. *Withdrawn.*

Nos. 1595 and 1596. PEOPLE, APPELLEE, v. SÁNCHEZ, APPELLANT.—Violation of the Internal Revenue Law. San Juan. December 17, 1920. *Affirmed.*

No. 311. MÉNDEZ, PETITIONER, v. DISTRICT JUDGE OF AGUADILLA, RESPONDENT.—Certiorari. December 18, 1920. *Denied.*

No. 1645. PEOPLE, APPELLEE, v. RIVERA, APPELLANT.—Attempted rape. San Juan. December 20, 1920. *Affirmed.*

No. 1593. PEOPLE, APPELLEE, v. TORRES, APPELLANT. — Murder. Ponce. December 21, 1920. *Affirmed.*

No. 2210. SUCCESSION OF LAFAYE, APPELLANT, v. DÍAZ, APPELLEE.—Nullity. Ponce. December 21, 1920. *Affirmed.*

No. 2228. LABORDE, APPELLEE, v. LÓPEZ, APPELLANT. — Damages. Humacao. December 21, 1920. *Reconsideration denied.*

No. 2387. EX PARTE BOERMAN, APPELLANT.—Administration. Ponce. December 23, 1920. *Dismissed.*

No. 193. REPUBLICAN COMMITTEE OF DORADO ET AL., PETITIONERS, v. YAGER, GOVERNOR OF PORTO RICO, RESPONDENT.—Mandamus. December 23, 1920. *Denied.*